UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PALL CORPORATION,

     Plaintiff,

  -against-

CLEANSPACE MODULAR, LLC,

     Defendant.

Case No. 1:23-cv-02082
(JLR)

**<u>ORDER</u>**

JENNIFER L. ROCHON, United States District Judge:

  Plaintiff filed its Complaint in the instant action on March 10, 2023.  ECF No. 1.  The Complaint alleges subject matter jurisdiction based on diversity of citizenship.  *Id.* ¶ 3.  It alleges that Plaintiff is incorporated in New York, with its principal place of business in New York.  *Id.* ¶ 1.  It further alleges that Defendant "Cleanspace is a foreign limited liability company" incorporated in Pennsylvania with a principal place of business in Pennsylvania.  *Id.* ¶ 2.  Plaintiff has not filed a disclosure statement pursuant to Federal Rule of Civil Procedure ("Rule") 7.1.

  "For diversity purposes, a corporation is deemed to be a citizen both of the state in which it has its principal place of business and of any state in which it is incorporated."  *Universal Licensing Corp. v. Paola del Lungo S.p.A.*, 293 F.3d 579, 581 (2d Cir. 2002) (citing 28 U.S.C. § 1332(c)(1)).  A limited liability company is deemed to be a citizen of each state of which its members are citizens.  *See, e.g.*, *Handelsman v. Bedford Vill. Assocs. L.P.*, 213 F.3d 48, 51-52 (2d Cir. 2000).  That means that, "if any of an LLC's members are themselves non-corporate entities, then a plaintiff must allege the identity and citizenship of their members, proceeding up the chain of ownership until it has alleged the identity and citizenship of every individual and corporation with a direct or indirect interest in the LLC."  *U.S. Liab. Ins. Co. v. M Remodeling Corp.*, 444 F. Supp. 3d 408, 410 (E.D.N.Y. 2020).

Rule 7.1 requires that a party file a disclosure statement "with its first" appearance or pleading.  The form, which is available at https://www.nysd.uscourts.gov/forms/rule-71-statement, further requires a plaintiff to "name and identify the citizenship" of each member of an L.L.C.  Plaintiff has not satisfied these requirements here.

Accordingly, Plaintiff shall, by **March 21, 2023**, file a completed Rule 7.1 Disclosure Statement, which shall include all necessary information to establish subject-matter jurisdiction based on diversity as set forth above.

Dated: March 14, 2023
　　　　New York, New York

SO ORDERED.

*Jennifer Rochon*

JENNIFER L. ROCHON
United States District Judge