UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PALL CORPORATION<br><br>　　　　　　　　Plaintiff,<br><br>-against-<br><br>CLEANSPACE MODULAR, LLC<br><br>　　　　　　　　Defendant. | No. 1:23-cv-02082-JLR<br><br>**DEFENDANT'S PRAECIPE TO WITHDRAW ITS RENEWED MOTION TO STRIKE PLAINTIFF'S JURY DEMAND** |

Please take notice that Defendant CleanSpace Modular, LLC, through its undersigned counsel, hereby withdraws its Renewed Motion to Strike Plaintiff Pall Corporation's Jury Demand filed on December 7, 2023. *See* ECF Nos. 48-50.

Dated: Philadelphia, Pennsylvania
　　　　May 31, 2024

　　　　　　　　　　　　　　　　　　**THE GOLD LAW FIRM, P.C.**

　　　　　　　　　　　　　By:　/s/ Brian C. Farrell
　　　　　　　　　　　　　　　　Sidney L. Gold, Esquire
　　　　　　　　　　　　　　　　Brian C. Farrell, Esquire (admitted *pro hac vice)*
　　　　　　　　　　　　　　　　William Rieser, Esquire (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　1835 Market Street, Suite 515
　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　(215) 569-1999
　　　　　　　　　　　　　　　　sgold@discrimlaw.net
　　　　　　　　　　　　　　　　bfarrell@discrimlaw.net
　　　　　　　　　　　　　　　　brieser@discrimlaw.net
　　　　　　　　　　　　　　　　*Attorneys for Defendant CleanSpace Modular, LLC*

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 48.

Dated: June 2, 2024　　　　　SO ORDERED.
　　　　New York, New York

　　　　　　　　　　　　　　　　*Jennifer Rochon*
　　　　　　　　　　　　　　　　**JENNIFER L. ROCHON**
　　　　　　　　　　　　　　　　**United States District Judge**

1